```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
TBLUE ENTERPRISES, INC.,                                            :
                                                                    :       22 Civ. 311 (PAE)
                                        Plaintiff,                  :
                                                                    :       ORDER
                -v-                                                 :
                                                                    :
ASSISTED LIVING FINDERS, LLC, et al.,                               :
                                                                    :
                                        Defendants.                 :
                                                                    :
------------------------------------------------------------------- X
```

PAUL A. ENGELMAYER, District Judge:

On April 11, 2022, the Court issued an order directing plaintiff to file an amended complaint that alleged (1) the citizenship of natural persons who are members of the LLC defendant and (2) the place of incorporation and principal place of business of any corporate entities who are members of the LLC defendant. The Court further notified plaintiff that if plaintiff is unable to amend the complaint to allege truthfully complete diversity based upon the citizenship of each constituent person or entity of the LLC, then the complaint will be dismissed, without prejudice, for want of subject matter jurisdiction. Dkt. 7.

The Court granted plaintiff leave to amend by April 15, 2022. The Court has not yet received the amended complaint. If plaintiff does not file an amended complaint by April 25, 2022, the Court will dismiss the complaint without prejudice.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: April 20, 2022
      New York, New York

2