UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                    :

TBLUE ENTERPRISES, INC.,                        :

                                                                    :           22 Civ. 311 (PAE)
                                           Plaintiff,         :
                                                                     :                ORDER
                                -v-                              :

ASSISTED LIVING FINDERS, LLC, et al.,         :

                                           Defendants.      :
                                                                    :
------------------------------------------------------------------------ X

PAUL A. ENGELMAYER, District Judge:

        On April 11, 2022, the Court issued an order directing plaintiff to file an amended complaint that alleged (1) the citizenship of natural persons who are members of the LLC defendant and (2) the place of incorporation and principal place of business of any corporate entities who are members of the LLC defendant.  The Court further notified plaintiff that if plaintiff is unable to amend the complaint to allege truthfully complete diversity based upon the citizenship of each constituent person or entity of the LLC, then the complaint will be dismissed, without prejudice, for want of subject matter jurisdiction.  Dkt. 7.  The Court granted plaintiff leave to amend by April 15, 2022.

        Plaintiff did not file an amended complaint by that date.  On April 20, 2022, the Court issued an order that again notified plaintiff that it would dismiss the complaint without prejudice if plaintiff failed to amend by April 25, 2022.  Dkt. 8.  The Court has not received such complaint.

        Accordingly, the Court dismisses the complaint without prejudice for want of subject matter jurisdiction.  The Clerk of the Court is respectfully directed to close this case.

2

SO ORDERED.

                                       *Paul A. Engelmayer*
                                       Paul A. Engelmayer
                                       United States District Judge

Dated: April 27, 2022
        New York, New York